UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PRINCIPAL LIFE INSURANCE COMPANY,       :
             Plaintiff,                                                       :
                                                                                      :         **ORDER**
v.                                                                             :
                                                                                      :         22 CV 2602 (VB)
MORDECHAI FURTH,                                                :
             Defendant.                                                     :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/22

       Plaintiff commenced the instant action March 30, 2022.  (Doc. #1).

       On May 2, 2022, the Clerk of Court issued a summons as to defendant.  (Doc. #3).

       On May 31, 2022, plaintiff docketed proof of service on defendant on May 26, 2022. (Doc. #4).  Accordingly, defendant had until June 16, 2022, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default by **July 7, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **July 21, 2022.  If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: June 23, 2022
       White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge