UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PRINCIPAL LIFE INSURANCE COMPANY,
           Plaintiff,

           **ORDER**

v.

           22 CV 2602 (VB)

MORDECHAI FURTH,
           Defendant.
--------------------------------------------------------------x

    For the reasons stated on the record at a hearing conducted today, at which counsel for both parties appeared, the motion for default judgment (Doc. #12) is DENIED.

    By September 13, 2022, defendant shall file his answer to the complaint.

    By September 26, 2022, the parties shall submit a proposed Civil Case Discovery Plan and Scheduling Order. If the Court decides an initial conference is necessary or appropriate, it will so advise the parties.

Dated: September 12, 2022
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge